# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LIN FENG,

      Petitioner,

v.                                 CASE NO.  4:06cv269-RH/WCS

ALBERTO GONZALES, et al.,

      Respondents.

_____/


## ORDER DISMISSING PETITION AS MOOT


This matter is before the court on the magistrate judge's report and recommendation (document 9), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed as moot."  The clerk shall enter judgment and close the file.

SO ORDERED this 11th day of September, 2006.

s/Robert L. Hinkle
Chief United States District Judge